**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| **EARLIE FUGATE**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:23-cv-0008-KKC |
| v. | ) | |
| | ) | Hon Karen K. Caldwell |
| **UNITED GROUND EXPRESS,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Defendant United Ground Express, by and through counsel, hereby gives notice that the parties have reached a settlement to fully resolve the above-styled litigation. The parties will file an Agreed Order of Dismissal as soon as possible upon the execution of the necessary settlement documents and payment of the settlement sum.

This 20th day of November, 2024.

Respectfully submitted,

*/s/ Cody E. King*
LaToi D. Mayo
Jay Inman
Cody E. King
LITTLER MENDELSON, P.S.C.
300 West Vine Street, Suite 1600
Lexington, KY 40507
Telephone: 859.317.7972
Facsimile: 859.201.1086
Email: lmayo@littler.com
        jinman@littler.com
        ceking@littler.com

*Counsel for Defendant UGE*

1

### CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of November, 2024, the foregoing was electronically filed with the Clerk of the Court using the Court's electronic filing system, which provides notice to all parties of record.

/s/ Cody E. King
Counsel for Defendant UGE