**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| **EARLIE FUGATE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:23-CV-0008-KKC |
| | ) | |
| **UNITED GROUND EXPRESS,** *et al..,* | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

The parties being in agreement as evidenced by the signatures of their respective counsel below, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that each and every claim asserted by Plaintiff Earlie Fugate against Defendant United Ground Express and Bernardo Acosta, herein is **DISMISSED** with prejudice.  Each party shall bear its own respective costs, expenses, and attorneys' fees. This is a final Order.

**IT IS SO ORDERED.**

_____
HON. KAREN K. CALDWELL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

Have Seen And Agree:


/s/ Andre F. Regard (with permission)
Andre F. Regard
1500 Leestown Rd., Suite 307
Lexington, KY 40511
Telephone: 859.281.1318
Facsimile: 859.966.2373
Email: aregard@regardlaw.com

Counsel for Plaintiff Earlie Fugate

/s/ Jay Inman
LaToi D. Mayo
Jay Inman
Cody E. King
LITTLER MENDELSON, P.S.C.
300 West Vine Street, Suite 1600
Lexington, KY  40507
Telephone: 859.317.7970
Facsimile:  859.201.1250
Email:     lmayo@littler.com
           jinman@littler.com
           ceking@littler.com

Counsel for Defendant UGE


/s/ M. Ryan Robey (with permission)
Michael Ryan Robey
Cooley Iuliano Robey PLLC
201 W. Short Street, Suite 500
Lexington, KY 40507
Telephone: 859.3258.2697
Facsimile: 859.402.0296
Email: ryan@cirlegal.com

Counsel for Defendant Bernardo Acosta