# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| **EARLIE FUGATE,** | ) |
| Plaintiff, | ) |
| v. | ) No. 5:23-CV-0008-KKC |
| **UNITED GROUND EXPRESS,** *et al..*, | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

The parties being in agreement as evidenced by the signatures of their respective counsel below, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that each and every claim asserted by Plaintiff Earlie Fugate against Defendant United Ground Express and Bernardo Acosta, herein is **DISMISSED** with prejudice. Each party shall bear its own respective costs, expenses, and attorneys' fees. This is a final Order.

**IT IS SO ORDERED.**

December 26, 2024

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

- 2 -

Have Seen And Agree:

| | |
|---|---|
| */s/ Andre F. Regard (with permission)* | */s/ Jay Inman* |
| Andre F. Regard | LaToi D. Mayo |
| 1500 Leestown Rd., Suite 307 | Jay Inman |
| Lexington, KY 40511 | Cody E. King |
| Telephone: 859.281.1318 | LITTLER MENDELSON, P.S.C. |
| Facsimile: 859.966.2373 | 300 West Vine Street, Suite 1600 |
| Email: aregard@regardlaw.com | Lexington, KY 40507 |
| | Telephone: 859.317.7970 |
| *Counsel for Plaintiff Earlie Fugate* | Facsimile: 859.201.1250 |
| | Email:   lmayo@littler.com |
| |              jinman@littler.com |
| |              ceking@littler.com |
| | |
| | *Counsel for Defendant UGE* |
| | |
| | */s/ M. Ryan Robey (with permission)* |
| | Michael Ryan Robey |
| | Cooley Iuliano Robey PLLC |
| | 201 W. Short Street, Suite 500 |
| | Lexington, KY 40507 |
| | Telephone: 859.3258.2697 |
| | Facsimile: 859.402.0296 |
| | Email: ryan@cirlegal.com |
| | |
| | *Counsel for Defendant Bernardo Acosta* |